```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 33691
   SHAUNTELLA BLACKMON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6531

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/13/2004 and was confirmed 12/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.62% from remaining funds.

     The case was paid in full 01/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
TRIAD FINANCIAL CORP     SECURED           6200.00          972.48         6200.00
TRIAD FINANCIAL CORP     NOTICE ONLY      NOT FILED            .00             .00
GC SERVICES              UNSECURED        NOT FILED            .00             .00
COMMERCIAL RECOVERY SYST UNSECURED        NOT FILED            .00             .00
DMCS                     UNSECURED        NOT FILED            .00             .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED            .00             .00
SOUTHWEST MEDICAL CENTER UNSECURED        NOT FILED            .00             .00
THOTA DO VIJAYALAKSHMI   UNSECURED        NOT FILED            .00             .00
HOEVEL & ASSOC           UNSECURED          2632.00            .00          911.15
T-MOBILE BANKRUPTCY      UNSECURED           690.32            .00          238.97
ST FRANCIS AMBULATORY CA UNSECURED        NOT FILED            .00             .00
COMCAST                  NOTICE ONLY      NOT FILED            .00             .00
COMCAST                  UNSECURED        NOT FILED            .00             .00
SEARS                    UNSECURED        NOT FILED            .00             .00
HYUNDAI MOTOR FINANCE CO NOTICE ONLY      NOT FILED            .00             .00
TRIAD FINANCIAL CORP     UNSECURED          1441.32            .00          498.96
CB USA INC               UNSECURED           452.60            .00          156.68
AT & T WIRELESS          UNSECURED          1698.29            .00          587.91
STEFANS STEFANS & STEFAN REIMBURSEMENT       154.00            .00          154.00
STEFANS STEFANS & STEFAN DEBTOR ATTY        2,200.00                       2,200.00
TOM VAUGHN               TRUSTEE                                             679.85
DEBTOR REFUND            REFUND                                              251.55

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              12,851.55

PRIORITY                                     154.00
SECURED                                    6,200.00
   INTEREST                                  972.48

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 33691 SHAUNTELLA BLACKMON
```

```
UNSECURED                                                  2,393.67
ADMINISTRATIVE                                             2,200.00
TRUSTEE COMPENSATION                                         679.85
DEBTOR REFUND                                                251.55
                                   ---------------   ---------------
TOTALS                                   12,851.55         12,851.55
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 04/24/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```